FITCHBURG POLICE DEPARTMENT
5520 Lacy Road
Fitchburg, WI 53711
608.270.4300
www.fitchburgwi.gov/police



# Supplemental Report By Brett Hammermeister

**SUPPLEMENT 6 - Cell Phone evidence preservation mode**
**Case #FP25-13116**
**Typed By Brett Hammermeister**

**INITIAL INFORMATION**

On Monday, June 16th, 2025, I, Detective Brett Hammermeister, of the City of Fitchburg Police Department, was working the hours of 8 a.m. to 4 p.m. I was wearing plain professional clothing during my hours of work.

**BACKGROUND INFORMATION**

On the above date, and at approximately 8:00 AM, I learned City of Fitchburg officers seized two phones during the search of a vehicle in this case. Responding officers indicated one phone belonged to Christopher Wright and the other phone belonged to Jevon Smith. These phones were placed into Airplane Mode and stored in secure lockers at the City of Fitchburg Police Department.

I know, from my training and experience, Apple devices with iOS 18 or higher operating systems have an inactivity timer which will trigger a reboot of the device. This causes the phone to go from an "After First Unlock" state to a "Before First Unlock" state. An extraction from a device in a "Before First Unlock" state where the passcode is unknown commonly results in an extraction with limited data. The device can be connected to a product called GrayKey and the Evidence Preservation Mode can be used to protect the evidence on the phone without imaging it.

**EVIDENCE PRESERVATION MODE ENABLED ON CELL PHONE**

On Monday, June 16th, 2025, and at approximately 9:00 AM, I removed items 020 "Apple iphone with black mario case belonging to Smith" and 019 "Iphone with blue case" from cell phone lockers 14 and 9.

I transported the phones to the City of Middleton Police Department where the GrayKey device is located. I connected item 020 to the GrayKey device. At approximately 9:30 AM, I enabled Evidence Preservation Mode and connected the phone. The GrayKey program successfully placed the cell phone in evidence preservation mode.

At approximately 10:00 AM, I enabled Evidence Preservation Mode and connected item 019 to GrayKey. The GrayKey program appeared to have issues placing the phone in evidence preservation mode. City of Middleton Detective Daniel Jones advised he would attempt to complete this process and would notify me when the process was completed.

I transported item 020 back to the City of Fitchburg Police Department and secured the phone in cell phone locker #9.

**NO FURTHER ACTION TAKEN**

**DETECTIVE BRETT HAMMERMEISTER**
**BH 06/16/2025**
**FP25-13116**